| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin (SBN 175497)<br>L. Bishop Austin & Associates<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Telephone (213) 388-4939<br>Facsimile (213) 388-2411<br><br>*Attorney for:* Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
   Robert W. Kemmerer
   Carole C. Kemmerer

                                              Debtor(s).

CHAPTER: 7

CASE NO.: 2:10-bk-33631-PC

# DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

   a. A voluntary petition under chapter   ☑ 7   ☐ 13   was filed on: 06/10/10

   b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, <u>Robert W. Kemmerer</u>, the Debtor in this case, and <u>Carole C Kemmerer</u>, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

   <u>We received our Final certificate the same day that our case was closed.</u>
   <u>On January 25, 2011 we filed our certificates Document numbers 25 and 26 on Pacer</u>

and I declare this under penalty of perjury.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 5010-1.1M**

*January 2009*

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re<br>Robert W. Kemmerer<br>Carole C. Kemmerer | Debtor(s) | CHAPTER: 7<br>CASE NO.:2:10-bk-33631-PC |
|---|---|---|

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

_____  2/17/11    Los Angeles, California    _____
Debtor's Signature              Dated            City                    State

_____  2/17/11    Los Angeles, California    _____
Joint Debtor's Signature        Dated            City                    State

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 5010-1.1M

January 2009

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re<br>Robert W. Kemmerer<br>Carole C. Kemmerer | Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:10-bk-33631-PC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as Motion to Reopen Case and for extension of time to file Debtor's certification of completion of postpetition Course will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 2/17/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/17/11 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 5010-1.1M

January 2009

Label Matrix for local noticing
0973-2
Case 2:10-bk-33631-PC
Central District Of California
Los Angeles
Thu Feb 17 15:02:17 PST 2011

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

America Express
POB 0001
Los Angeles, CA 90096-8000

Chase
Cardmember Services
POB 94014
Palatine, IL 60094-4014

Discover
POB 6103
Carol Stream, IL 60197-6103

GE Money
POB 981127
El Paso, TX 79998-1127

JC Penny
POB 960090
Orlando, FL 32896-0090

Juniper Card Services
POB 13337
Philadelphia, PA 19101-3337

Lowes
POB 530914
Atlanta, GA 30353-0914

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Wells Fargo Card Services
POB 30080
Los Angeles, CA 90030-0080

Wells Fargo Financial
POB 98795
Las Vegas, NV 89193-8795

Wells Fargo Home Mortgage
POB 30427
Los Angeles, CA 90030-0427

Carole C Kemmerer
748 W Loma Alta Vista
Altadena, CA 91001-3846

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1608

Robert W Kemmerer
748 W Loma Alta Vista
Altadena, CA 91001-3846

Rosendo Gonzalez (TR)
Gonzalez & Associates
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013-1906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
POB 790408
Saint Louis, MO 63179

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17