| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>L. Bishop Austin (SBN 175497)<br>L. Bishop Austin & Associates<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Telephone (213) 388-4939<br>Facsimile (213) 388-2411<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES    DIVISION**

| In re:<br>Robert W. Kemmerer<br>Carole C. Kemmerer<br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-33631-PC<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|

## TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:

1. Movant(s) All Creditors_____, has filed a motion entitled Debtor's motion to reopen_____.

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached Description of Relief Sought. (*Check appropriate box below*):

   ☑ The full motion is attached hereto; or
   ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an

---

additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: 2/17/11

Respectfully submitted,

By: _____
*Signature of Movant or Attorney for Movant*

Name: L. Bishop Austin & Associates
*Type Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Page 2

F 9013-1.2.NOTICE.NO.HEARING

October 2010

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 900

A true and correct copy of the foregoing document described as **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 2/17/11 _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/17/11 | Moises Lopez | _Moises Lopez_ |
|---------|--------------|----------------|
| Date    | Type Name    | Signature      |

Label Matrix for local noticing
0973-2
Case 2:10-bk-33631-PC
Central District Of California
Los Angeles
Thu Feb 17 15:02:17 PST 2011

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

America Express
POB 0001
Los Angeles, CA 90096-8000

Chase
Cardmember Services
POB 94014
Palatine, IL 60094-4014

Discover
POB 6103
Carol Stream, IL 60197-6103

GE Money
POB 981127
El Paso, TX 79998-1127

JC Penny
POB 960090
Orlando, FL 32896-0090

Juniper Card Services
POB 13337
Philadelphia, PA 19101-3337

Lowes
POB 530914
Atlanta, GA 30353-0914

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Wells Fargo Card Services
POB 30080
Los Angeles, CA 90030-0080

Wells Fargo Financial
POB 98795
Las Vegas, NV 89193-8795

Wells Fargo Home Mortgage
POB 30427
Los Angeles, CA 90030-0427

Carole C Kemmerer
748 W Loma Alta Vista
Altadena, CA 91001-3846

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1608

Robert W Kemmerer
748 W Loma Alta Vista
Altadena, CA 91001-3846

Rosendo Gonzalez (TR)
Gonzalez & Associates
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013-1906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
POB 790408
Saint Louis, MO 63179

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17