| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>California State Bar Number: 175497<br><br>*Attorney for Debtor* | **FILED & ENTERED**<br><br>**MAR 30 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

   Robert W Kemmerer
   Carole C Kemmerer

CHAPTER 7

**CHANGES MADE BY COURT**

CASE NO.: 2:10-bk-33631-PC

Debtor(s).

# ORDER ON DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

**(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))**

The above referenced case having been closed without the entry of a discharge due to noncompliance with 11 U.S.C. §§ 727(a)(11) or 1328(g)(1) attributable to the failure to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23"), and the Debtor(s) having moved to reopen the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010 and for an extension of time under F.R.B.P. 1007(c) to file the OF 23 so that a discharge may be entered, and the Court, having reviewed and considered the motion,

1. ☒ The Court finds cause to reopen the case and to extend the time for the Debtor(s) to file the OF 23. Accordingly, IT IS HEREBY ORDERED that:

   a. The above-entitled bankruptcy case be, and the same is hereby, reopened pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010;
   b. A trustee shall not be appointed in this case absent further order of the Court;
   c. The deadline for the Debtor(s) to file the OF 23 is extended 30 days from the date of entry of this order;
   d. If the Debtor(s) is/are otherwise eligible, upon the filing of the OF 23, the clerk shall enter the discharge of the Debtor(s) and close the case; and
   e. In the event the OF 23 is not filed, the case shall be closed immediately after the expiration of 30 days from the date of entry of this order.

2. ☐ IT IS HEREBY ORDERED that the motion is denied without prejudice on the following grounds (*specify*):
   ☐ See Attached Page

3. ☐ This matter is set for hearing as follows:

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 5010-1.1O

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal FInancial Management - Page 2

| In re<br>Robert W Kemmerer<br>Carole C Kemmerer<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:10-bk-33631-PC |
|---|---|

*Date:*         *Time:*              *Ctrm:*

4. ☐ Notice is required as follows *(specify)*:    ☐ See Attached Page

5. ☐ The Court Further orders as follows *(specify)*:    ☐ See Attached Page
###

DATED: March 30, 2011

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 5010-1.1O**

Case 2:10-bk-33631-PC    Doc 32    Filed 03/30/11    Entered 03/30/11 14:56:01    Desc
Main Document    Page 3 of 4
Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal FInancial Management - Page 3

| In re | CHAPTER: 7 |
|---|---|
| Robert W Kemmerer | |
| Carole C Kemmerer | CASE NO.: 2:10-bk-33631-PC |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as __Order on Debtor's Motion to Reopen Case and for Extension of Time yo File Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/26/11__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Chapter 7 Trustee Rosendo Gonzalez: rgonzalez@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __3/26/11__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2011 | L. Bishop Austin 175497 | /s/ L Bishop Austin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 5010-1.1O**

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal FInancial Management - Page 4

| In re<br>Robert W Kemmerer<br>Carole C Kemmerer<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:10-bk-33631-PC |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* __Order on Debtor's Motion to Reopen Case and for Extension of Time yo File Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 3/28/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Chapter 7 Trustee Rosendo Gonzalez: rgonzalez@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
**Debtor**
Robert W Kemmerer
Carole C Kemmerer
748 W Loma Alta Vista
Altadena, CA 91001

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 5010-1.1O**